No. 91–5923. SHUMATE *v.* SIGNET BANK ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–5929. TURNER *v.* SHIMODA ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–5933. HUITT *v.* EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 91–5934. ZGURO *v.* COMMISSIONER OF THE MASSACHUSETTS DEPARTMENT OF VETERANS' SERVICES ET AL. App. Ct. Mass. Certiorari denied.

No. 91–5940. COLEMAN *v.* DELAWARE ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–5943. HOGAN *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 91–5949. TYLER *v.* ASHCROFT, GOVERNOR OF MISSOURI, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5955. JOHNSTON *v.* TORRES ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–5956. HARPER *v.* STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–5958. FOX *v.* CUEVOS ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–5963. DEMOS *v.* SUPREME COURT OF WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 91–5970. BOYD *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–5976. RUSSELL *v.* CITY OF EAST POINT. Sup. Ct. Ga. Certiorari denied.

No. 91–5978. ROBINSON *v.* FERENCHIK ET AL. Ct. App. Ohio, Stark County. Certiorari denied.